United States District Court
Southern District of Texas
**ENTERED**
July 31, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSUE HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:17-CV-00066 |
| § | |
| CITY OF CORPUS CHRISTI, *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Court's Order on Motions for Summary Judgment (D.E. 45), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 31st day of July, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE